IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ) | Cr. No. 3:09-826 (CMC) |
| ) | |
| v. ) | **OPINION and ORDER** |
| ) | |
| Patruan Hare, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court on Defendant's Motion to compel the Government to file a Rule 35 motion. ECF No. 1163. Defendant argues that he has provided unrewarded substantial assistance and that the Government has not filed a motion for relief under Rule 35 of the Federal Rules of Criminal Procedure.

On March 7, 2014, the Government filed a motion for relief under Rule 35. ECF No. 1104. This court directed Defendant to provide any additional information he wished the court to consider by March 31, 2014. ECF No. 1105. On March 24, 2014, Defendant provided a response to the court's order. ECF No. 1110. On March 28, 2014, the Government replied to Defendant's response. ECF No. 1113. On April 1, 2014, Defendant, through counsel, filed additional material. ECF No. 1115.

On April 14, 2014, the court granted the Government's motion and reduced Defendant's sentence. An Amended Judgment was issued, reducing Defendant's sentence to 130 months' imprisonment. ECF No. 1121.

To the extent that Defendant may not have received a copy of the Amended Judgment, the Clerk is hereby directed to forward Defendant a copy of the Amended Judgment. Because the Government filed a motion for relief under Rule 35 and the court granted the motion, Defendant's current motion is **moot**. To the extent that Defendant seeks to file a motion to compel seeking

*additional* relief, he should re-file his motion, providing information relating to assistance he claims he has given which is different than that upon which relief has already been granted.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie<br>
CAMERON McGOWAN CURRIE<br>
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
November 5, 2014